# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON LLAVATA, | ) |
| | ) |
| Plaintiff, | )   2:11-cv-00250-GMN-LRL |
| vs. | ) |
| | )   **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) |
| Defendants. | ) |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Before the court is plaintiff's motion for U.S. Marshal to serve defendants (docket #9). However, this court's Screening Order dated May 31, 2011 allows his amended complaint to proceed, and directs that it be served on defendant's counsel (*see* docket #8). Accordingly, plaintiff's motion is denied as moot.

**IT IS THEREFORE ORDERED** that plaintiff's motion for U.S. Marshal to serve defendants (docket #9) is **DENIED** as moot.

DATED this 8th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE