# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NELSON LLAVATA, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00250-GMN-CWH |
| vs. | ) **ORDER** |
| COLE MORROW, *et al.*, | ) |
| Defendants. | ) |

  This matter is before the Court on Plaintiff's third Motion to Extend Prison Copywork Limit (#49), filed May 17, 2012.  Both prior requests were denied.  *See* Orders (#25) and (#43).

  As before, a prisoner does not have a right to free photocopying.  *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir.1989) (stating "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Nevada Department of Corrections Administrative Regulation 722 ("Inmate Legal Access") provides that "[c]opies of legal documents requested by inmates may be made for a nominal fee." Nevada Department of Corrections Administrative Regulation (NDOC AR) 722.01(9).  "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case."  *See* NDOC AR 722.01(9)(D).

  A court may order a prison to provide additional photocopying when the petitioner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties.  *See Cf.*, *Allen v. Clark County Detention Center*, 2011 WL 886343 *2 (D. Nev.).  Plaintiff requests a blanket extension that is not tied to any particularized need.  Thus, the request will be denied.  Moreover, Nevada prisons provide inmates with carbon paper to enable inmates to

reproduce writings without the use of photocopies. *See* NDOC AR 702.01(9)(E) ("Carbon paper should be made available to any inmate who requests this item for legal purposes ...."). Any additional copying needs can be satisfied with available carbon paper.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#49) is **denied**.

DATED this 19th day of June, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge