# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NELSON LLAVATA, )
 )
                      Plaintiff, ) Case No. 2:11-cv-00250-GMN-CWH
 )
vs. ) **ORDER**
 )
COLE MORROW, *et al.*, )
 )
                      Defendants. )
 )

      This matter is before the Court on Plaintiff's Motion for Decision (#76), filed October 22, 2012. Plaintiff requests a decision on his previously filed motion to amend (#54). The motion has been addressed. *See* Report and Recommendation (#75). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Decision (#76) is **denied as moot**.

      DATED this 29th day of October, 2012.

                                                              _____
                                                              C.W. Hoffman, Jr.
                                                              United States Magistrate Judge