# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NELSON LLAVATA,   )
            )
                Plaintiff,   )   Case No. 2:11-cv-00250-GMN-CWH
            )
vs.            )   **ORDER**
            )
COLE MORROW, *et al.*,   )
            )
                Defendants.   )
_____ )

       This matter is before the Court on Plaintiff's Motion for Subpoena Duces Tecum (#80), filed November 14, 2012.

       Plaintiff requests that the Court authorize issuance of a Rule 45 subpoena duces tecum for purposes of obtaining his medical records. Plaintiff is proceeding *in forma pauperis*. The authorization of a subpoena duces tecum requested by an *in forma pauperis* plaintiff is subject to limitations. *Alexander v. California Dep't of Corrections*, 2010 WL 5114931 (E.D. Cal). Because personal service of a subpoena duces tecum is required under Rule 45(b), "[d]irecting the Marshal's Office to expend its resources personally serving a subpoena is not taken lightly by the court." *See Frazier v. Redding Police Dep't*, 2012 WL 5868573 (E.D. Cal.) (citing *Austin v. Winett*, 2008 WL 5213414 (E.D. Cal.)). "Limitations include the relevance of the information sought as well as the burden and expense to the non-party in providing the requested information." *Id*. (citations omitted). Normally, a motion for issuance of subpoena duces tecum should clearly identify the documents sought and show that the records are only obtainable through the identified third-party. *Id*. Non-parties are "entitled to have the benefit of [the] Court's vigilance" in ensuring the non-party does not suffer excessive or unusual expenses in complying with a subpoena duces tecum. *Id*.

1  (citing *Badman v. Stark*, 139 F.R.D. 601, 605 (M.D. Pa. 1991)).

2      Shortly after Plaintiff filed his motion, Defendants filed a motion for summary judgment.
3  *See* Defs' Mot. (#83). Defendants also filed a motion for leave to file Plaintiff's medical records
4  under seal as an exhibit to the summary judgment motion in order to ensure confidentiality and
5  prevent the entry of Plaintiff's medical records into the public record. (#84). Defendants also
6  represented that they would send a copy of the records to the facility where Plaintiff is in custody
7  "with instructions to maintain the records in a safe and secure place outside of Plaintiff's
8  immediate possession and to permit Plaintiff to review the exhibit by appointment pursuant to
9  applicable administrative procedures." *Id*. at 2:5-7. Consequently, it appears that Plaintiff's
10 request for a Rule 45 subpoena is moot as his medical records are available for his review at the
11 facility where he is currently housed. Accordingly,

12     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Subpoena Duces Tecum (#80) is
13 **denied as moot**.

14     DATED this 9th day of January, 2013

                                                                        C.W. Hoffman, Jr.
                                                                         United States Magistrate Judge