# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NELSON LLAVATA,                     ) | |
|                                     ) | |
|                   Plaintiff,        ) | Case No.: 2:11-cv-00250-GMN-CWH |
|          vs.                        ) | |
|                                     ) | **ORDER** |
| COLE MORROW; BRUCE BANNISTER,       ) | |
|                                     ) | |
|                   Defendants.       ) | |
| _____     ) | |

Pending before the Court is the Report and Recommendation of the United States Magistrate Judge C.W. Hoffman, Jr. (ECF No. 75.)  Plaintiff Nelson Llavata ("Plaintiff") filed an Objection. (ECF No. 79.)  Defendants Cole Morrow and Bruce Bannister ("Defendants") filed a Response to Plaintiff's Objection (ECF No. 81) and Plaintiff filed a Reply (ECF No. 82). For the reasons discussed below, the Court will accept Judge Hoffman's Report and Recommendation to the extent that it is not inconsistent with this Order.

## I.    BACKGROUND

Plaintiff is a prisoner in the custody of the Nevada Department of Corrections (NDOC) and currently housed in the Northern Nevada Correctional Center.[1] (Notice of Change of Address, ECF No. 29.)  Plaintiff commenced this litigation on February 14, 2011, when he filed his Motion for Leave to Proceed *in forma pauperis*. (ECF No. 1.)  Plaintiff's Complaint alleges that he was denied medical treatment in violation of his civil rights. (Compl. 4, ECF No. 6.) Plaintiff further alleges that Defendants violated his Fourteenth Amendment rights to Due Process and Equal Protection of the Law. (*Id.*)

---

[1] Plaintiff was originally housed at Lovelock Correctional Center. (Am. Compl. ¶ 1, ECF No. 7.)  However, on November 7, 2011, Plaintiff filed a Notice of Change of Address that notified the Court that he had been relocated to the Northern Nevada Correctional Center in Carson City, Nevada. (Notice of Change of Address, ECF No. 29.)

Thereafter, the Court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and instructed Plaintiff to file an amended complaint more fully articulating his Eighth Amendment claim for deliberate indifference to his medical needs. (Order, ECF No. 5.) On May 4, 2011, Plaintiff filed his First Amended Complaint. (First Am. Compl., ECF No. 7.) Subsequently, on May 31, 2011, the Court entered its screening order finding that Plaintiff had pled facts sufficient to support his Eighth Amendment claim for deliberate indifference to his medical needs. (Screening Order, ECF No. 8.)

Plaintiff subsequently filed a Motion to Amend his Complaint and file a Second Amended Complaint. (Mot. to Am., ECF No. 54; Proposed Second Am. Compl., ECF No. 54-1.) Specifically, Plaintiff sought to replace Defendant John Doe Number One with Romeo Aranas. In their opposition to Plaintiff's motion, Defendants did not object to Plaintiff's request to include Romeo Aranas as a Defendant. However, Defendants did object to Plaintiff's filing of his Second Amended Complaint because it includes other changes that were not properly identified. In his Reply, Plaintiff conceded that his Second Amended Complaint should not be filed because it includes other changes not clearly identified. Thus, in his Reply, Plaintiff limited his request to replacing John Doe Number One with Romeo Aranas.

On October 22, 2012, Magistrate Judge Hoffman issued a Report and Recommendation that recommended Plaintiff's Motion for Leave to Amend Complaint be "**granted subject to the modification** that Plaintiff be given leave to amend his First Amended Complaint to replace Defendant John Doe Number One with Romeo Aranas in the First Amended Complaint . . . , but not given leave to file the Proposed Second Amended Complaint." (R&R 3:9-13, ECF No. 75.) Specifically, the Report and Recommendation recommended that:

> Plaintiff's First Amended Complaint be amended to replace John Doe with Romeo Aranas as follows: (1) once on page 2 at ¶¶ 4 and 5, (2) twice on page 4 at ¶ 2, (3) once on page 5 at ¶ 1, (4) once on page 7 at ¶¶ 1 and 2, (5) once on page 8 at ¶ 1, (6) once on page 9 at ¶ 1, and twice on page 10 at ¶ 1.

(R&R 3:3-6, ECF No. 75.)

## II.   LEGAL STANDARD

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. LCR IB 3-2.  Upon the filing of such objections, the district court must make a *de novo* determination of those portions of the Report to which objections are made.  *Id.*  The district court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C); D. Nev. IB 3-2(b).  However, the district court need not conduct a hearing to satisfy the statutory requirement that the district court make a "*de novo* determination." *United States v. Raddatz*, 447 U.S. 667, 674 (1980) (observing that there is "nothing in the legislative history of the statute to support the contention that the judge is required to rehear the contested testimony in order to carry out the statutory command to make the required 'determination'").  Rather, a hearing is required only when the district court "reject[s] a magistrate judge's credibility findings made after a hearing on a motion to suppress." *United States v. Ridgway*, 300 F.3d 1153, 1154 (9th Cir. 2002).

Before trial, and after previously amending its pleading once as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).  The court should "freely give" leave to amend when there is no "undue delay, bad faith[,] dilatory motive on the part of the movant . . . undue prejudice to the opposing party by virtue of . . . the amendment, [or] futility of the amendment . . . ." Fed. R. Civ. P. 15(a); *Foman v. Davis*, 371 U.S. 178, 182 (1962).  Generally, leave to amend is denied only when it is clear that the deficiencies of the complaint cannot be cured by amendment. *See DeSoto v. Yellow Freight Sys., Inc*., 957 F.2d 655, 658 (9th Cir. 1992).

## III.   DISCUSSION

On November 14, 2012, Plaintiff filed an objection to the Report and Recommendation. (ECF No. 79.)  In his objection, Plaintiff objects to the specific locations in his Amended

Complaint that the Report and Recommendation recommended Dr. Aranas be inserted. (*Id.*) Defendants filed a Response to Plaintiff's Objection in which Defendants argue that Plaintiff failed to provide the Court with a basis for why his opinion differs from that of the Report and Recommendation. (ECF No. 81.)  Plaintiff filed a Reply explaining that he only objects to his being required to include Romeo Aranas "once page 4 at ¶ 3; once on page 5 at line 3; twice on page 7 at ¶¶ 1 and 2; and once on page 8 at line 1."[2]

Having read the Report and Recommendation and the Objection and briefing by the parties, the Court finds no reason to disagree with the Report and Recommendation.  Thus, the Court concludes that Plaintiff shall amend his First Amended Complaint (ECF No. 7), attached to this Order as Exhibit 1, to substitute Romeo Aranas for Dr. John Doe in the following locations:

> 1)  once each on page 2 at ¶¶ 4 and 5;
>
> 2)  twice on page 4 at ¶ 2;
>
> 3)  once on page 5 at ¶ 1;
>
> 4)  once each on page 7 at ¶¶ 1 and 2;
>
> 5)  once on page 8 at ¶ 1;
>
> 6)  once on page 9 at ¶ 1 which is currently a blank; and,
>
> 7)  twice on page 10 at ¶ 1.

## IV.   <u>CONCLUSION</u>

**IT IS HEREBY ORDERED** that Magistrate Judge Hoffman's Report and Recommendation (ECF No. 75) be **ACCEPTED**, in full, to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 54) is **GRANTED** in part.  Plaintiff is permitted to replace Defendant John Doe

---

[2] The Court notes that these substitutions, about which Plaintiff is objecting, were not included in the Report and Recommendation. (*See* R&R 3:3-6, ECF No. 75.)

Number One with Romeo Aranas in his First Amended Complaint as provided in this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Amended Complaint **as a "Second Amended" Complaint by Wednesday, May 1, 2013**.  Plaintiff is **not given leave** to file his "*Proposed* Second Amended Complaint" (ECF No. 54-1) that he filed with his Motion for Leave to Amend Complaint.

**DATED** this 29th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge

# EXHIBIT 1

Nelson Prieto A.K.A Nelson
Name
LLavata # 1044443
1200 Prison Rd. Lovelock
Nevada 89419
Prison Number

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Nelson Prieto
A.K.A.
Nelson Llavata                    )
                    Plaintiff,      )
                                    )
                                    )
        vs.                         )
                                    )  CASE NO. 2:11-CV-00250-GMN-LRL
Cole Morrow                        )     (To be supplied by the Clerk)
                                    )
Bruse Bannister                    )  "FIRST AMENDED"
                                    )  CIVIL RIGHTS COMPLAINT
                                    )  PURSUANT TO
                                    )  42 U.S.C. § 1983
                                    )
Dr. John DOE                       )  "Jury Trial Demanded"
                                    )  F.R. Civ. P. Rule 38.
                                    )
                    Defendant(s).   )

### A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, Nelson Prieto AKA. Nelson LLavata
                                    (Print Plaintiff's name)

     who presently resides at Lovelock Corr. Ctr. 1200 Prison Rd. Lovelock, NV. 89419, were

     violated by the actions of the below named individuals which were directed against

     Plaintiff at H.D.S.P. / Indian Springs Nevada on the following dates
                    (institution/city where violation occurred)

     12-8-09 TO DATE                              , and _____
        (Count I)              (Count II)                    (Count III)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _Cole Morrow_ resides at _H.D.S.P. P.O.Box 650 Indian Springs nv 89070_
          (full name of first defendant)                    (address if first defendant)
and is employed as _Associate Warden H.D.S.P._ . This defendant is sued in his/her
          (defendant's position and title, if any)
     _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

     under color of law: _Nevada State employee. Associate Warden_
          _H.D.S.P._

3) Defendant _Bruce Bannister_ resides at _H.D.S.P. POBox 650 Indian Springs nv. 89070_
          (full name of first defendant)                    (address if first defendant)
and is employed as _Medical Director N.D.O.C._ . This defendant is sued in his/her
          (defendant's position and title, if any)
     _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

     under color of law: _Nevada State employee, As Medical Director_
     _for Department of Prison_

4) Defendant _Dr John Doe_ resides at _H.D.S.P._ ,
          (full name of first defendant)                    (address if first defendant)
and is employed as _Doctor_ . This defendant is sued in his/her
          (defendant's position and title, if any)
     _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

     under color of law: _____

5) Defendant _Dr. John Doe_ resides at _H.D.S.P._ ,
          (full name of first defendant)                    (address if first defendant)
and is employed as _Doctor_ . This defendant is sued in his/her
          (defendant's position and title, if any)
     _X_ individual _X_ official capacity. (Check one or both). Explain how this defendant was
acting

     under color of law: _____

2

6) Jurisdiction is invoked pursuant TO 28 U.S.C. §1343 (a)(3) and 42 U.S.C. § 1983. If

## B. NATURE OF THE CASE

I have an organic titanium rod and 6 screws in my left leg from a Motorcycle accident That occur In 2001 resulting in surgery, Prior to my incarceration. I was told I Needed to wait a lapse of time of 5-6 years to further fix my "Maniscus" and To removed or replace The screws. I was arrested On September 9, 2009 and while In County Jail (C.C.D.C.) I was receiving medical attention, But I was transferred Into The Nevada Dept. of Corrections (N.D.O.C.) Custody On December 8, 2009. and placed at The High Dessert State Prison (H.D.S.P.) facility at Indian Springs Nevada. I made The Officers aware of my medical Condition, and need of further treatment, and that I was In Pain. But between December 8, 2009, and January 20, 2011. I only received a TOTAL of 24 I.b. Profin pills, a few band aids and a gaoz bandage for My leg (because it was bleeding from The Surgery Incision because I fell and Incurred Damage to my leg.) I filed Many Medical Kites, grievances and complaints to The board of Medical Examiners and to The Dept. of Justice. I Told medical personel That I now needed the surgery to for My "Maniscus" and also because of The accident That occured In October of 2010. My leg was bleeding from The old Surgery Incision and That I was constantly. In Pain. but I was Told by Medical personel That Treatment

## Nature of The Case Cont.

- Wasn't even possible" further I was Informed That I had high blood presure, and should get it checked often, however despite requesting it on The Medical Visit I Did have, My blood presure was never again checked at The H.D.S.P. facility In over 1 years time.

During My 1 year and 43 day stay there I was "seen" by a Doctor only 3 tones, Two of Those Visit's where with Defendant Dr. John Doe During March and May 2010. and The 3rd visit was with Defendant (Dr. John Doe On The October 2010 Visit. (which was because of The accident I Incured). neither of These Visits resulted In scheduling of Surgery, or further treatment Despite The obvious swealling, bruise, and bleeding, my Constant Pain.

Since my transfer to The Lovelock Corr. CTR. On January 20, 2011 The level and frequency of Care has Improved, However I Am Still In Pain and In need of Surgery to repair my "Maurcus" Or to replace or Remove The screws In my leg. And because of the fall/accident I Incured my leg has a womb That remains un heal and often bleeds when I shower, and my leg is swealled and causes me Pain. As of Today no Surgery has been Plan or schedule.

3A.

## C. CAUSE OF ACTION

### Count I

"My 8th Amendment right To the U.S. Constitution were and are being Violated by N.P.O.C. employees Defendant's C. Morrow, B. Bannister, John Doe, John Doe, when They Knowingly Ignore and Denied/Delay Me Medical treatment to my left leg/Knee which requires Surgery, Causing me to Suffer Pain for more Than a year and Possible future permanent Injury."

Supporting facts:

In 2001 Prior To my arrest On September 9, 2009 (and Subsequent Placement In the Clark County Detention Center) I was in a motorcycle accident That required me to get and organic titanium rod, and 6 screws, Placed in my left leg/Knee. I was Told by The Surgeon I would need further surgery to repair my "Maniscus" and To removed or replaced The screws and That I needed To wait a lapse of time of 5-6 years for my bone to recover. I came to The U.S.A. and was arrested On September 9, 2009. During My 91 day stay at The Detention Center, I was experiencing Pain In my left Leg/Knee

4.

## Count I Cont.

I made the Medical personel aware of my Medical Condition, and They gave me Some treatment In The form of prescribing, Pain Pills, The Taking of an X-RAY, and scheduling me for further Medical Visits to determined The Care I Needed.

On December 8, 2009 I was transfer In to The Nevada Dept. of Corrections (N.D.O.C.) and Placed at The High Dessert State Prison (H.D.S.P.) This Information regarding my Medical Condition was Send with me. I Myself Told The officers at H.D.S.P. of my Condition and advised Them of my need for further treatment and The need for Surgery to fix my "Maniscus" and or to replaced my screws to relief me of my Pain, During The "Orientation" process On my first day There. I was allowed to Very briefly Talk to a nurse, and later another Medical personel drew some blood From me. but I was not given anything for my Pain. Nor seen by a Doctor. Even Thoug I advise Them I was already taking Pain Pills at The Detention Center. (C.C.D.C.).

Between December 18, 2009 and March 2010. (3 month time) I submitted Several Medical Kites Doc-2500 form requesting to be seen and treated by Medical.

4A.

Count I Cont.

-But at first these were Ignore finally In Mid-March 2010. I was seen by Defendant Dr. John Doe, who only prescribe 12 Ib. Profin Pills for my Pain, I was Sent away without Any further visets or treatment schedule, I told him to check my blood presure, but I was Denied That too.

I Re-submitted Medical Kites because I was Still In pain and told Them I believe I need Surgery to cure me of my pain, In May 2010. I was again Seen by Defendant Dr. John Doe, for the 2nd time. he again only prescribe a "Pain Pack" of 12 I.B. Profins Pills 400mg. and Did absolutely nothing to Submit me for approval for Surgery or Anything of That Nature. I told him Because of The Pain I was having trouble Sleeping, and Strugle from to chow time. and That Maybe it was The screews That needed to be shorten or Replaced. But he Simply brushed me of. I also requested My blood presure check and was Denied.

The "Pain Pack" Ran out, I was Still feeling Pain and Resubmitted Medical Kites, No action was taken. This caused me to filed an Informal grievance (Doc 3091form) On May 18, 2010 See, Exhibit "2" This grivance was singed by grivance coordinator Defendant C. Morrow who is The Actung Associate Warden at H.D.S.P., In This grivance

4B.

<u>Count I Cont.</u>

I stated "That the Defendant Dr. <u>John Doe</u> only brushed me off, concerning my leg needed surgery and that I was in constant pain and the pain pills did not fully relief me of my pain." This Informal grievance was assigned to a B. Hartman. The official Response came from L.C. Adams Dated June 10, 2010 Stating "You do not have the opportunity to choose your own doctor here, So you must see whoever available at the time of your Appointment. Any of our providers would have given you the Same treatment and opinion, because The information he gave you and the treatment he provided is in accordance with the N.D.O.C Medical procedures for your Medical problem. Grievance denied." See Exhibit <u>3</u> p2.

I Continued to Submit Medical kites because The pain would not let me sleep well at night and I struggle to walk To and from chow time. On July 1, 2010 I Proceeded to The First level of The grievance Procedure This grievance was Again Signed by Defendant C. Morrow. But Due to my Unfamiliarity with The Process, this grievance was returned to

4C.

<u>Count I Cont.</u>

· Me Saying "Submit New level one and attach copy of informal grievance in it's response" See Exhibit "4". I submitted the 1st level as Instructed On July 21, 2010, I Stated that I was not trying to choose a Doctor but I needed to be seen by a specialist and that the pain pills were not Doing me any good for my Pain. This grievance was assigned to C. Sabica and he gave The official response of " Mr. Hacata, an appointment has been scheduled for you to discuss your concerns with one of our providers. You will be Notified the day of Appointment; Grievance Denied." See Exhibit "5" p.2.

Despite This Response, No date of Appointment was ever provided. (However I did get to See Defendant Dr. The Accident I Incured).

<u>Ext "6"</u> On October 12, 2010 I proceeded to the 2nd level grievance process, I Stated that the last Doctor didn't do Anything to address my Medical problem and that the Pain pills Did not kill my Pain. This grievance was Again seen by Defendant C. Morrow who Did absolutely nothing to provide me with adequate Medical Care, dispit my numerous Complaints. This grievance was assigned to Defendant B. Bannister, who is The Medical Director of N.P.O.C. and should of provided me with The proper Medical treatment. his offical Response was "I agree with The 1st level response." Dated November 18, 2010, See Exhibit "7".

This Defendant B. Bannister who is The Director of Medical Services for N.P.O.C. Should have taken Action and Exercise his Authority to determine The extent of my Injury and Pain. And Neglected to do so. by Denying My 2nd level grievance.

After my 2nd level was denied. IT Concluded my exhaustion of administrative Remedys. IT had been almost a year since entering H.D.S.P. facility and I Still had no treatment let alone a plan on How to go about my Medical need to Releif me of my Pain.

4D.

## Count I Cont.

Furthermore On or About October 2010. while assinged to
Unit 4CD AT H.P.S.P. During Yard time, I was
walking along the basket ball Court, when all of
a Sudden my left knee got weak. and I fell
to the Concreate floor, further Injuring my left leg/knee
This cause me to scrape my old Surgery Incision. I
Notify the On Duty officer (c/o Sr. Owens) of what
had occur, but he only logged it, in case the Prison
had a "Health and Wellfare" check. I wouldn't go to
the Hole because of my scrapes. 3 days later, I
was still in Pain. and the Scaps from the New Injury
were Itching me, so I scrath myself, This cause me
to bleed profoundly from my previous scar from Surgery.
I Notify the On Duty officer (c/o Plater) of the
bleeding, he called in a "Man Down" I was Send
to Medical. A nurse bandage my leg to Stop the
bleeding and gave me antibrotics for 7 days and
tylenol. I was Send Away. The following Morning
when I woke up my bandage was Soak in
blood and I was still bleeding, I told officer
(c/o Sr. Owens) to call Medical Again. This time
(I was seen by Defendant (Dr. Jqun Doe) he re-
bandage my leg. I took advantage to express my
concerns for my Medical Need to Defendant Dr. John Doe
I advise him of, my Constant Pain, And the Need
for further Surgery to fix my "Hansies", But I was
Told it wassen't Possible, And Send Away.
I Continue to Request bandages because the
wound would not heal and look Infected and
kept bleeding. See, Request for bandages Exhibits
"8".

To Date That wound has not fully heal and
remains open, it bleeds when I shower and
I'm still In Pain.

In November 2010 I met with Inmate —

4E.

## Count I Cont.

Thomas Johnson, who works with F.B.I Las Vegas Nevada, field office, and has been monitoring Prison officals violating Inmates rights. He help me filled out A U.S. Department of Justice Complaint form. See Exhibit "9". Inmate (Johnson) is a witness to some of the events that were occuring to me. I have yet to hear from The U.S. Dept. of Justice.

On February 2, 2011. I Mailed A Nevada State board of Medical Examiners, Complaint form. See, Exhibit "10". On March 9, 2011 They Responded "you have not Identify a Health Care provider" and "No Jurisdiction NRS 630 (The Medical Practice Act) does not Cover (Provide us with Jurisdiction over) The Situation you describe, and we Cannot Identify, Any agency which might have Jurisdiction." See Exhibit "10" p².

This lawsuit followed.

4.f.

outline).

a)    Defendants: _____

b)    Name of court and docket number _____

c)    Disposition (for example, was the case dismissed , appealed or is it still pending?):

      _____

d)    Issues raised: _____

      _____

      _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
      ____ Yes ____ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

      Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous
      ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

      _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

      Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous
____ malicious or ____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous
____ malicious or ____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the
proper administrative officials, e.g., have you exhausted available administrative grievance
procedures? __✓ Yes ____ No. If your answer is "No", did you not attempt administrative
relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____
state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole
board decision; or (5) ____ other _neglected to treat Medical need._.
If your answer is "Yes", provide the following information. Grievance Number _20062898398_
Date and institution where grievance was filed _May 18, 2010. (H.D.S.P. )_.

Response to grievance: _Grievance Denied "_

_____

_____

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Compensatory Damages and Punitive, exceeding $10,000; Per Defendant, Declatatory judment, Order (Injuction) The N.D.O.C. to schedule and pay for Surgery to fix My "Manuscus" and or to Replace screws, To relief Pain. The Cost of This Action, and all legal/copying expenses associated with bringing This Action.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

N/A

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

(Signature of Plaintiff)

29  April, 2011

(Date)

- - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

7.

Table of Exhibits for Complaint

| Exhibit # | Description of Exhibit | # Pages | Dated |
|---|---|---|---|
| "1" | Affidavit In support of Complaint | 2 | 1/27/11 |
| "2" | Informal Grievance | 3 | 5/18/10 |
| "3" | Grievance Report/Response | 2 | 6/10/10 |
| "4" | first level Grievance | 2 | 7/1/10 |
| "5" | first level Grievance Report/Response | 2 | 9/3/10 |
| "6" | Second level Grievance | 2 | 10/12/10 |
| "7" | Second level Grievance Response | 1 | 10/27/10 |
| "8" | numerous Medical Kites | 9 | 10/30/10 — 1/11/11 |
| "9" | U.S. Department of Justice Complaint form | 9 | 11/10 |
| "10" | Nevada State Board of Medical Examiners Complaint form | 2 | 2/2/11 |

10.

EXHIBIT "1"

2 pg's

Exhibit "1"

## NELSON LLAVATA

STATE OF NEVADA )
                 ) S.S.
COUNTY OF PERSHING )

        I, Nelson Prieto, being first duly sworn upon oath, deposes and says:

1. Prior to my incarceration, I had a motorcycle accident that required me to have a 6 inch "organic titanium rod and 6 screws" placed in my left leg just below the knee.

2. That due to this surgery, I have very limited mobility and constant chronic pain in my left leg. Though my lack of mobility, and ability to move/walk normally, does cause pain in my right leg as well.

3. On 9/9/09, I was arrested on this case, and placed in the Clark County Detention Center. I did reside there until I was transferred into the Department of Correction's custody at the High Desert State Prison facility (H.D.S.P.) on 12/8/09.

4. During my 91 day stay at the detention center, I did receive medicines, x-rays, and was consulted by medical personnel for this injury.

5. Upon arrival at the H.D.S.P. facility, I did make their personnel aware of: my medical condition, previous surgeries and treatments, all care and recomendations given by the detention center's medical personnel, my constant pain, and my belief, that I did, in fact, want and need further medical care for this injury.

6. In addition to this initial request for care, I did make several request to be seen by medical; but these were essentially ignored for around 3 months. I was finally "seen" by medical personnel around mid-March, but was only given 12, 400 mg. I.B. Profins, and was told that I needed no further treat-

-1-

7. I wasn't seen again by medical, or given any medications, until around 2 months later (I believe it was in mid-May). Again, I was told that I needed no treatments, nor was any possible, and only given 12, 400 mg. I.B. Profins.

8. On both of these visits (#'s 6 & 7), I did tell the medical personnel of my need for: treatment, some kind of medicine or other way to ease my pain, and further surgery.

9. In October of 2010, I fell down and further injured my left leg. This accident caused my leg to be: further deformed, constantly bleeding, and in need of immediate care.

10. I immediately submitted medical requests to be seen for this new injury, and was not seen for 2, or 3 hours. At that time, I was given band-aids, and antibiotics enough to last 7 days, but was otherwise, this injury was essentially ignored and no action taken to insure my good health.

11. Since my arrival at the H.D.S.P. facility, I was told that my blood pressure was high and that I needed to have it checked regularly. However, my pressure was not taken, ever; despite being told by medical of the need to do so, and requesting this while at these visits. (emphasis added)

12. I submitted medical requests for treatment, and showed proof of my new injury to medical personnel, on top of using the grievance/complaint procedures, and never received any medical attention (other than listed in #'s 6, 7, & 10), or medicines for these injuries until being "transferred" to the Lovelock Correctional Center on 1/20/11. (see also complaints filed with the U.S. Department of Justice, and the medical examiner's office)

Dated this 27th day of January, 2011.

Nelson Prieto / Llavata # 1044443

EXHIBIT "2"

3 pgs'

Exhibit "2"

Log Number _____ 16378

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: NELSON LLAVATA     I.D. NUMBER: 104443

INSTITUTION: H.D.S.P.     UNIT: 3B17

GRIEVANT'S STATEMENT: _This_ IS MY SECOND REQUEST To SEE A DOCTOR. BECAUSE THE DOCTOR THAT ALREADY CHECK ME TWICE I DO NOT KNOW WHAT IS HIS PROBLEM BUT EVERY TIME I SEE HIM HE PRETTY MUCH BRUSHED ME OFF- (CONTINUE)

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: 5-18-10 TIME: 3:00 PM

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____ TIME: _____

GRIEVANCE RESPONSE: _____
_____
_____
_____
_____

CASEWORKER SIGNATURE: _____ RWC VIII   DATE: 6-17-2010

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES ___✗___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 7-1-10

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
MAY 19 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC 3091 (12 / 01)

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: NELSON LLAVATA          I.D. NUMBER: 1044443

INSTITUTION: HDSP          UNIT #: 3B17

GRIEVANCE #: _____     GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:     PG. 2 OF 3

I STILL HAVE A LOT'S OF "PAIN" IN MY LEFT
KNEE- I TELL HIM ABOUT I NEED ANOTHER
SURGERY IN MY KNEE - (MENISCUS) AND HE
SAID I DON'T THINK THAT CAN BE POSSIBLE
SO I ASK HIM! SINCE I CAN HAVE THE SURGERY
CAN I PLEASE HAVE SOME PAIN PILLS?
AND HIS ANSWER WHAS I WILL GIVE TO YOU
A "PAIN PACK"- BUT HE NEEDS TO KNOW THAT
"PAIN PACK" IS NOT STRONG IN OF WHEN YOU
HAVE METAL AND SCREWS INSIDE YOUR KNEE
(BONES)-
PLUS WHEN I WAS SPEAKING WITH THE DOCTOR
ABOUT PAIN PILLS "OFFICER PORTILLO" WHAS IN
THE ROOM WITH US AND HE ASK ME WHY
I ASE FOR PAIN PILLS IF I WILL SOLD THEM
IN THE TEAR? (CONTINUE)

Original:     Attached to Grievance
Pink:     Inmate's Copy



RECEIVED
MAY 19 2010
DOC - 3097 (00/02)
HIGH DESERT STATE PRISON
CE- COORDINATOR

OS

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: NELSON LLAVATA          I.D. NUMBER: 1044443

INSTITUTION: HDSP             UNIT #: 3 B 17

GRIEVANCE #: _____   GRIEVANCE LEVEL: _____

GRIEVANT'S STATEMENT CONTINUATION:   PG. 3 OF 3

I KNOW FOR FACT THAT HE DONT HAVE ANY
COMPLAINS ABOUT ME DOING ANITHING WRONG
SO WHY HE SAID THAT?
I NEVER DO NOTHING WRONG AGAINST
INSTITUTIONAL REGULATIONS
PLUS I PUT A REQUEST. (MEDICAL KITE) TO
HAVE MY BLOOD PRESSURE CHECK
BUT NOBODY NEVER SHOW UP TO CHECK
MY BLOOD PRESSURE
I UNDESTAND HE (THE DOCTOR) IS A BUSY
MAN BUT HE NEED TO KNOW AND
UNDESTAND THAT IM A MAN IN PAIN
    I WILL GREATLY APPRECIATE
    SOME ACTION TO BE TAKEN
    IN THIS SITUATION
    — THANK YOU

RECEIVED
MAY 1 9 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

RECEIVED
JUL 0 6 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

Original:   Attached to Grievance
Pink:   /   Inmate's Copy

DOC – 3097 (01/02)

EXHIBIT "3"

2 pg's

Exhibit "3"

*DUP.* 

# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#** 20062898398                    **ISSUE DATE:** 05/20/2010

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| LLAVATA, NELSON | 1044443 | RCVD_INF | BHARTMAN |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 05/20/2010 | | | ACALDERWOOD | INACTIVE |

| INMATE COMPLAINT |
|---|
| ...[ACALDERWOOD, 05/20/2010 09:56:24] Inmate this is my second request to see a doctor - because the doctor that already check me twice I do not know what is his problem but every time I see him he pretty much brused me off. I still have a lot's of "pain" in my left knee. I tell him about I need another surgery in my knee. (meniscus) and he said I dont think that can be possible so I ask him: Since I can have the surgery can I please have some pain pills? And his answer whas I will give to you a "pain pack". But he needs to know that "pain pack" is not strong in of when you have mtal and screw's inside your knee (bones). Plus when I was speaking with the doctor about pain pills "officer Portillo" whas in the room with us and he ask me why I ask for pain pills if I will sold them in the tear? (CONT...) |

| OFFICIAL RESPONSE |
|---|
| |

```
RECEIVED
OCT 13 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR
```

GRIEVANCE RESPONDER

# State of Nevada
# Department of Corrections

*Dup.*



## INMATE GRIEVANCE REPORT

**ISSUE ID#**   20062898398                     **ISSUE DATE:**   05/20/2010

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| LLAVATA, NELSON | 1044443 | RTRN_INF | LCADAMS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 06/10/2010 | | Denied | ACALDERWOOD | INACTIVE |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|
| You do not have the opportunity to choose your own doctor here, so you must see whoever is available at the time of your appointment.  Any of our providers would have given you the same treatment and opinion, because the information he gave you and the treatment he provided is in accordance with the NDOC medical policies and procedures for your medical problem. Grievance denied. |

*GRIEVANCE RESPONDER*

EXHIBIT "4"

2 pg's

EXHIBIT "4"

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: NELSON LLAVATA                    I.D. NUMBER: 1044443

INSTITUTION: HDSP                       UNIT: 2 B17

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 20062698398, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____   DATE: 7-1-10

WHY DISAGREE: I DO NOT ASE TO CHOOSE A DOCTOR I ASK TO BE SEEN BY AN ESPECIALIST BECAUSE THIS DOCTOR ITS NOT AN ESPECIALIST PLUS IBUPROFEN 400 mg ITS NOT DOING ME ANY GOOD - PLUS I REQUEST MULTIPLE TIMES - (continue)

GRIEVANCE COORDINATOR SIGNATURE:_____DATE: _____

FIRST LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD_____ GRIEVANCE DENIED_____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE:_____TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE:_____ DATE: _____

_____ INMATE AGREES_____ INMATE DISAGREES

INMATE SIGNATURE:_____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:      To inmate when complete, or attached to formal grievance
Canary:        To Grievance Coordinator
Pink:          Inmate's receipt when formal grievance filed
Gold:          Inmate's initial receipt



RECEIVED
JUL 0 6 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR DOC 3093 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: NELSON LLAVATA   I.D. NUMBER: 1044443

INSTITUTION: HDSP.   UNIT #: 1044443

GRIEVANCE #: _____   GRIEVANCE LEVEL: 1° LEVEL.

GRIEVANT'S STATEMENT CONTINUATION:   PG. 2 OF 2.

FOR HAVE MY BLOOD PRESSURE CHECK
AND NOBODY SHOW UP.
ABOUT MY KNEE THE DOCTOR NEED TO
UNDERSTAND THAT BECAUSE OF THE PAIN
ON MY LEFT ONE (KNEE) MY RIGHT KNEE
IS GETTING HURT TOO

I WILL REALLY APPRECIATED
SOME HELP IN THIS MATTER.

THANK YOU.

Original:   Attached to Grievance
Pink:       Inmate's Copy



RECEIVED
JUL 06 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC – 3097 (01/02),

EXHIBIT "S"

2 pgs

EXHIBIT "S"

# State of Nevada
# Department of Corrections

### INMATE GRIEVANCE REPORT

**ISSUE ID#** 20062898398

**ISSUE DATE:** 05/20/2010

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| LLAVATA, NELSON | 1044443 | RCVD_L1 | CSABLICA |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 07/23/2010 | 2 | | ACALDERWOOD | INACTIVE |

| INMATE COMPLAINT |
|---|
| ...[ACALDERWOOD, 07/23/2010 08:48:22] Inmate claims I do not ask to choose a doctor I ask to be seen by an especialist. Because this doctor its not an especialist. Plus Ibuprofen 400mg its not doing me any good. Plus I request multiple times for have my blood pressure check and nobody show up. Aboot my knee the doctor need to know or understand that because of the pain on my left one (knee) my right knee is getting hurt too. I will really appreciate some help in this matter. |

| OFFICIAL RESPONSE |
|---|
| |

GRIEVANCE RESPONDER

# State of Nevada
# Department of Corrections

## *INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20062898398                **ISSUE DATE:**   05/20/2010

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| LLAVATA, NELSON | 1044443 | RTRN_L1 | CSABLICA |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 09/03/2010 | 4 | Denied | ACALDERWOOD | INACTIVE |

| INMATE COMPLAINT |
|---|
|  |

| OFFICIAL RESPONSE |
|---|
| Mr. Llavata, an appointment has been scheduled for you to discuss your concerns with one of our providers.  You will be notified the day of the appointment.<br>Grievance Denied |

*GRIEVANCE RESPONDER*



RECEIVED

OCT 13 2010

HIGH DESERT STATE PRISON

Exhibit "6"

2 pgs

Exhibit "6"

LOG NUMBER: 2006-28-98398

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: NELSON LLAVATA   I.D. NUMBER: 1044443

INSTITUTION: HDSP.   UNIT: 3B 17A

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006-28-98398 , ON THE
SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION
IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____   DATE: 10-12-10

WHY DISAGREE: Because The Last Time you Give Me
A Appoinment Pass Almost 3 months To
see A Doctor and when i see Him He
dont do anything, About it only Give
Me a Pain Pack (Ibu. 400) and Thas it

GRIEVANCE COORDINATOR SIGNATURE: _____   DATE: _____

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____   TITLE: _____   DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____   DATE: _____

INMATE SIGNATURE: _____   DATE: 11-18-10

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
OCT 1 3 2010
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

DOC 3094 (12/01)

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: NELSON LLAVATA          I.D. NUMBER: 1066665

INSTITUTION: HDSP.          UNIT #: 3B17

GRIEVANCE #: 2006-28-28398     GRIEVANCE LEVEL: 2ND LEVEL

GRIEVANT'S STATEMENT CONTINUATION:     PG. _____ OF _____

AND WHAT I ASK FOR ITS FOR SOME
HELP BECAUSE OF THE PAIN AND I CAN
NOT KILL MY PAIN WITH IBUPROFEN 400
BECAUSE LIKE I SAID ON MY LAST
STATEMENT BECAUSE OF THE PAIN
AND SURGERY ON LEFT KNEE NOW
MY RIGHT KNEE ITS GETTING BAD
TOO.

BECAUSE I ALREADY TOLL TO THE
DOCTOR THAT I NEED ANOTHER
SURGERY.

CAN YOU PLEASE TAKE THIS SERIOUSLY?

I WILL REALLY APPRECIATE SOME
ACTION TO BE TAKEN ON THIS ISSUE

Original:     Attached to Grievance
Pink:          Inmate's Copy

Exhibit "7"

1 pg

Exhibit "7"



# State of Nevada
## Department of Corrections

### INMATE GRIEVANCE REPORT

**ISSUE ID#** 20062898398

**ISSUE DATE:** 05/20/2010

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| LLAVATA, NELSON | 1044443 | RTRN_L2 | RBANNISTER |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 10/27/2010 | 4 | Denied | NPYLE | INACTIVE |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|
| I agree with the first level response. |

GRIEVANCE RESPONDER

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.2
Run Date: OCT-27-10 04:11 PM

Page 1 of 7

EXHIBIT "8"

9 pg's

Exhibit "8"

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _____   DOC # _____
( also print name and DOC # at the bottom of this form)

| Institution ____ | Date Submitted 10-30-10 | Unit/House 4034 |

Reason for request: _____ FILL BLOODING FROM MY LEG _____
_____ BC MY SKIN CARE ? _____

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____   Rescheduled for _____
( ) No Visit necessary. See type of service or service provided, below.
( ) Not entitled to requested care. Reason _____ Received 10-29/10 _____
( ) No show for appointment.
( ) Refused to be seen. DOC 2523 Release of Liability... filed.

**TYPE OF SERVICE:** ( ) Medical ( ) Dental ( ) Mental Health ( ) Nursing ( ) Dietary ( ) Other _____
    ( ) Inmate requested, charge    ( ) Inmate requested, no charge
    ( ) Emergency, Charge    ( ) Emergency, no charge
    ( ) Prison required, no charge

**Enter ICD-9 code(s) and/or diagnosis(es)**

**SERVICE(S) PROVIDED: Check all that apply**

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
  ( ) Hepatitis B
  ( ) Influenza
  ( ) Tetanus
  ( ) Other
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other _____

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) **Rx REFILL ONLY**

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

**PRESCRIPTIONS:** KOP Medications: Total # _____ # to charge _____ # started by nursing _____
    Non-KOP Medications: Total # _____ # to charge _____ # started by nursing _____

**PLAN:** ( ) Follow-up appointment ordered  ( ) Return if needed  ( ) Follow-up not required

| _____ | 10-30-10 | _____ | _____ | _____ | _____ |
| Name / Title OR Position # | Date | Time | Name / Title OR Position # | Date | Time |

Distribution: **ORIGINAL** to medical record, **COPY** to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME _____ LLAVAL _____
DOC # _____   DOC 2500 (REV. 7/01)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _[signature]_                                      DOC # 1044413

( also print name and DOC # at the bottom of this form)

Institution HDSP.          Date Submitted 11-01-10          Unit/House 4D 34

Reason for request: I WOULD LIKE TO REQUEST GAUZE- TAPE AND ACE SPRD BECAUSE I WAN TO CHNGE THE ONE I ALREADY HAVE ON MY LEG BUT THECNE ALREADY BLEAD TRU- PLUS I GOT NO MORE ERYTHROMYCIN-

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.

**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____          Rescheduled for _____
( ) No Visit necessary. See type of service or service provided, below.
( ) Not entitled to requested care. Reason _____
( ) No show for appointment.
( ) Refused to be seen. DOC 2523 Release of Liability... filed.

**TYPE OF SERVICE:** ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
( ) Inmate requested, charge          ( ) Inmate requested, no charge
( ) Emergency, Charge                 ( ) Emergency, no charge
                                      ( ) Prison required, no charge

**Enter ICD-9 code(s) and/or diagnosis(es)**

**SERVICE(S) PROVIDED:  Check all that apply**          You have been scheduled to see a nurse

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
( ) Hepatitis B
( ) Influenza
( ) Tetanus
( ) Other _____
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other _____

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) **Rx REFILL ONLY**

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

**PRESCRIPTIONS:**  KOP Medications:  Total # _____  # to charge _____  # started by nursing _____
                   Non-KOP Medications:  Total # _____  # to charge _____  # started by nursing _____

**PLAN:** ( ) Follow-up appointment ordered   ( ) Return if needed   ( ) Follow-up not required

_J Cacleton RN 11/2/10_
Name / Title OR Position #          Date          Time          Name / Title OR Position #          Date          Time

Distribution:  *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME Nelson Uvalo
DOC # 1044413          DOC 2500 (REV. 7/01)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _____   DOC # 1006643

( also print name and DOC # at the bottom of this form)

| Institution | NDSP. | Date Submitted | 11-7-10 | Unit/House | 4D 34 |

Reason for request: I WOULD LIKE TO REQUEST A ELASTIC BANDAGE (3"WIDE) TO KEEP MY GAUZE ON PLACE PLUS I NEED A REFILL OF ANTIBIOTICS (ERYMICIN.)

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____   Rescheduled for _____
( ) No Visit necessary. See type of service or service provided, below.
( ) Not entitled to requested care. Reason _____
( ) No show for appointment.
( ) Refused to be seen. DOC 2523 Release of Liability... filed.

**TYPE OF SERVICE:** ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
( ) Inmate requested, charge      ( ) Inmate requested, no charge
( ) Emergency, Charge             ( ) Emergency, no charge
                                  ( ) Prison required, no charge

Enter ICD-9 code(s) and/or diagnosis(es)  11/8/10. You need to been at sick call to be reevaluated for above request. _____ RN

**SERVICE(S) PROVIDED: Check all that apply**

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
( ) Hepatitis B
( ) Influenza
( ) Tetanus
( ) Other
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) Rx REFILL ONLY

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

**PRESCRIPTIONS:**  KOP Medications:  Total # _____  # to charge _____  # started by nursing _____
Non-KOP Medications:  Total # _____  # to charge _____  # started by nursing _____

**PLAN:** ( ) Follow-up appointment ordered   ( ) Return if needed   ( ) Follow-up not required

| Name / Title OR Position # | Date | Time | Name / Title OR Position # | Date | Time |

Distribution: *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME NELSON  LLAVATA
DOC # 1061643.

DOC 2500 (REV. 7/01)

DEC 1 0 2010

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _____ DOC# 1044443
(Also print name and DOC # at bottom of form)

Institution HDSP    Date Submitted 12-8-10    Unit/House 4D 26

(✓) MEDICAL  ( ) DENTAL  ( ) MENTAL HEALTH  ( ) NURSING  ( ) OTHER _____
NOTICE:  You may be charged in accordance with AR 245

Reason for request:  I WOULD LIKE TO REQUEST SOME BIG BAND AIDS PLEASE BECAUSE MY LEG STILL BLEADING A LIL BIT.

DO NOT WRITE IN AREA BELOW

RESPONSE TO REQUEST:

LG Bandaids Issued #5, 12/11/10 J Coulthard

( ) Appointment scheduled for _____ Rescheduled for _____
( ) No visit necessary.
( ) No show for Appointment
( ) Refused to be seen.  DOC 2523, Release of Liability signed.

PRESCRIPTIONS:  ( ) KOP            ( ) NON-KOP
                ( ) Ordered on _____

PLAN:  ( ) Follow-up appointment _____    ( ) Return if needed
       ( ) No follow-up required

SC                                  12-10-10
Signature/Title of Provider                    Date

=================================================================

NEVADA DEPARTMENT OF CORRECTIONS    NAME LLAVATA  NELSON  R
                                         LAST      FIRST   MI

MEDICAL KITE and/or
SERVICE REPORT          DOP # 1044443

DOC 2500  (04/10)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _____   DOC # 1044443
( also print name and DOC # at the bottom of this form)

Institution HDSP.   Date Submitted 12-21-10   Unit/House 4 C 26

Reason for request: SINCE OCTOBER 25 I STILL WAITING FOR SEE A DOCTOR ABOUT MY LEG BECAUSE WHEN I SHOWER MY LEG START TO BLEADING AGAIN - CAN YOU PLEASE SEND ME SOME BAND-AIDS?

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

RESPONSE TO KITE:
(✓) Appointment scheduled for _Provider_   Rescheduled for _____
( ) No Visit necessary.  See type of service or service provided, below.
( ) Not entitled to requested care.  Reason _____
( ) No show for appointment.
( ) Refused to be seen.  DOC 2523 Release of Liability... filed.

TYPE OF SERVICE: ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
( ) Inmate requested, charge  ( ) Inmate requested, no charge
( ) Emergency, Charge  ( ) Emergency, no charge
( ) Prison required, no charge

Enter ICD-9 code(s) and/or diagnosis(es)

SERVICE(S) PROVIDED:  Check all that apply

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
( ) Hepatitis B
( ) Influenza
( ) Tetanus
( ) Other
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other _____

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) **Rx REFILL ONLY**

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

PRESCRIPTIONS:   KOP Medications:   Total # _____ # to charge _____ # started by nursing _____
Non-KOP Medications:  Total # _____ # to charge _____ # started by nursing _____

PLAN:  ( ) Follow-up appointment ordered  ( ) Return if needed  ( ) Follow-up not required

Name / Title OR Position #   Date   Time   Name / Title OR Position #   Date   Time

Distribution:  *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME NELSON Havala
DOC # 1044443   DOC 2500 (REV. 7/01)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _____   DOC # 1044443
(also print name and DOC # at the bottom of this form)

Institution HDSP.    Date Submitted 12-27-10    Unit/House 4 C 26

Reason for request: ON 12-21-10 I REQUEST BAND-AIDS USING A KITE
ALSO I REQUEST TO MULTIPLE NURSES FOR SOME BIG BAND-
AIDS- I STILL WAITING FOR SOME-CAN YOU PLEASE SEND ME SOME
BAND-AIDS?

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____   Rescheduled for _____
( ) No Visit necessary.  See type of service or service provided, below.
( ) Not entitled to requested care.  Reason _____
( ) No show for appointment.
( ) Refused to be seen.  DOC 2523 Release of Liability... filed.

**TYPE OF SERVICE:** ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
( ) Inmate requested, charge        ( ) Inmate requested, no charge
( ) Emergency, Charge               ( ) Emergency, no charge
                                    ( ) Prison required, no charge

**Enter ICD-9 code(s) and/or diagnosis(es)**

**SERVICE(S) PROVIDED:  Check all that apply**

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
( ) Hepatitis B
( ) Influenza
( ) Tetanus
( ) Other
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) Rx REFILL ONLY

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

**PRESCRIPTIONS:**  KOP Medications:    Total # _____   # to charge _____   # started by nursing _____
                   Non-KOP Medications: Total # _____   # to charge _____   # started by nursing _____

**PLAN:** ( ) Follow-up appointment ordered  ( ) Return if needed  ( ) Follow-up not required

Name / Title OR Position #          Date       Time       Name / Title OR Position #         Date       Time

Distribution:  *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME NELSON HAVATA
DOC # 1044443        DOC 2500 (REV. 7/01)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

| Signature | | DOC # 1046443 |
|---|---|---|
| | ( also print name and DOC # at the bottom of this form) | |

Institution **HDSP.**   Date Submitted **01-07-11**   Unit/House **4c 20**

Reason for request: _Since 01-05-11 I been drowssing Some Band-aids To Multiple Nurses But nobody Bring Me and so can i Please Get Some Big Band-aids My Legstill Bleeding._

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____ Rescheduled for _____
( ) No Visit necessary. See type of service or service provided, below.
( ) Not entitled to requested care. Reason
( ) No show for appointment.
( ) Refused to be seen. DOC 2523 Release of Liability filed.

**TYPE OF SERVICE:** ( ) Medical ( ) Dental ( ) Mental Health ( ) Nursing ( ) Dietary ( ) Other _____
( ) Inmate requested, charge ( ) Inmate requested, no charge
( ) Emergency, Charge ( ) Emergency, no charge
( ) Prison required, no charge

**Enter ICD-9 code(s) and/or diagnosis(es)**

**SERVICE(S) PROVIDED: Check all that apply**

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D.
Immunization
( ) Hepatitis B
( ) Influenza
( ) Tetanus
( ) Other
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) Rx REFILL ONLY

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

**PRESCRIPTIONS:** KOP Medications: Total # ___ # to charge ___ # started by nursing ___
Non-KOP Medications: Total # ___ # to charge ___ # started by nursing ___

**PLAN:** ( ) Follow-up appointment ordered ( ) Return if needed ( ) Follow-up not required

| Name / Title OR Position # | Date | Time | Name / Title OR Position # | Date | Time |
|---|---|---|---|---|---|

Distribution: *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or SERVICE REPORT

NAME **Nelson Liavan**
DOC # _____   DOC 2500 (REV. 7/01)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

Signature _____    ( also print name and DOC # at the bottom of this form)    DOC # _1044443_

Institution _HDSP._    Date Submitted _01-08-11_    Unit/House _4C 26A_

Reason for request: ON 11-01-10 YOU REPLY ME THAT I BEEN SCHEDULE TO SEE A NURSE AT TODAY I DON'T SEE ANYBODY SO CAN YOU PLEASE LET ME KNOW WHEN I WEEL BE SEEN BY A NURSE? ALSO I NEED SOME MORE BIG BAND AIDS

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
(✓) Appointment scheduled for _Provider on Schedule_   ( ) Rescheduled for _____
( ) No Visit necessary. See type of service or service provided, below.
( ) Not entitled to requested care. Reason _____
( ) No show for appointment.
( ) Refused to be seen. DOC 2523 Release of Liability... filed.

**TYPE OF SERVICE:** ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
( ) Inmate requested, charge           ( ) Inmate requested, no charge
( ) Emergency, Charge                  ( ) Emergency, no charge
                                       ( ) Prison required, no charge

**Enter ICD-9 code(s) and/or diagnosis(es)**

**SERVICE(S) PROVIDED: Check all that apply**

| VISITS | PROCEDURES/ DIAGNOSTICS | PROCEDURES/ DIAGNOSTICS, cont'd | SPECIALTY CLINICS |
|---|---|---|---|
| ( ) New, minimal | ( ) Biopsy | ( ) Whirlpool | ( ) Cardiology |
| ( ) New, moderate | ( ) BP | ( ) X-ray | ( ) Neurology |
| ( ) New, high | ( ) Ear Lavage | ( ) Other _____ | ( ) Infectious disease |
| ( ) Established, minimal | ( ) EKG | | ( ) Endocrine |
| ( ) Established, moderate | ( ) Excision | **CHART REVIEW ONLY** | ( ) Internal Medicine |
| ( ) Established, high | ( ) Eye Exam | ( ) By medical personnel | ( ) Pulmonary |
| ( ) Consultation visit | ( ) I & D | ( ) By inmate patient | ( ) Mental Health |
| ( ) Intake PE/classification | **Immunization** | | ( ) Other _____ |
| ( ) Recurrent PE/classification | ( ) Hepatitis B | **LABORATORY** | |
| ( ) Re-classification only | ( ) Influenza | ( ) Venipuncture | **EMERGENCY SERVICES** |
| ( ) Nursing assessment | ( ) Tetanus | ( ) Specimen collection | ( ) Mandown |
| | ( ) Other _____ | | ( ) Non-mandown |
| **CONTRACT PROVIDERS** | ( ) Inhalation Treatment | **ITEMS ISSUED** | ( ) Suicide attempt |
| ( ) Physician, gen'l practice | ( ) PPD | ( ) Prosthetic | ( ) Self-mutilation |
| ( ) Neurology | ( ) Spirometry | ( ) Eye glasses | ( ) Altercation |
| ( ) Ophthalmology | ( ) Suturing | | ( ) Accident |
| ( ) Orthopedic | ( ) Suture removal | | ( ) Recreational injury |
| ( ) Physical therapy | ( ) Treadmill | | |
| ( ) Other | | ( ) Rx REFILL ONLY | |

**PRESCRIPTIONS:**  KOP Medications:  Total # _____  # to charge _____  # started by nursing _____
Non-KOP Medications:  Total # _____  # to charge _____  # started by nursing _____

**PLAN** ( ) Follow-up appointment ordered    ( ) Return if needed    ( ) Follow-up not required

_____          _1-11-11_  _1235_   _____   _____   _____
Name / Title OR Position #         Date       Time    Name / Title OR Position #    Date      Time

Distribution: *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME _NELSON HAVALA_

DOC # _1044443._          DOC 2500 (REV. 7/01)

TOP, UNSHADED PORTION TO BE FILLED OUT BY INMATE PATIENT

| Signature | DOC # 1044463 |
|---|---|
| ( also print name and DOC # at the bottom of this form) | |

| Institution HDSP | Date Submitted 1-11-11 | Unit/House 4C26A |
|---|---|---|

Reason for request: I would like To Request some Big BAND-AIDS   THANK YOU

Per AB 389, there may be a $4.00 charge for any visit and a $2.00 charge for any prescription issued.
**DO NOT WRITE IN SHADED AREA BELOW**

**RESPONSE TO KITE:**
( ) Appointment scheduled for _____   Rescheduled for _____
( ) No Visit necessary.  See type of service or service provided, below.
( ) Not entitled to requested care.  Reason _____
( ) No show for appointment.
( ) Refused to be seen.  DOC 2523 Release of Liability... filed.

**TYPE OF SERVICE:** ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Nursing  ( ) Dietary  ( ) Other _____
    ( ) Inmate requested, charge  ( ) Inmate requested, no charge
    ( ) Emergency, Charge  ( ) Emergency, no charge
    ( ) Prison required, no charge

**Enter ICD-9 code(s) and/or diagnosis(es)**

**SERVICE(S) PROVIDED: Check all that apply**

**VISITS**
( ) New, minimal
( ) New, moderate
( ) New, high
( ) Established, minimal
( ) Established, moderate
( ) Established, high
( ) Consultation visit
( ) Intake PE/classification
( ) Recurrent PE/classification
( ) Re-classification only
( ) Nursing assessment

**CONTRACT PROVIDERS**
( ) Physician, gen'l practice
( ) Neurology
( ) Ophthalmology
( ) Orthopedic
( ) Physical therapy
( ) Other

**PROCEDURES/ DIAGNOSTICS**
( ) Biopsy
( ) BP
( ) Ear Lavage
( ) EKG
( ) Excision
( ) Eye Exam
( ) I & D
Immunization
  ( ) Hepatitis B
  ( ) Influenza
  ( ) Tetanus
  ( ) Other _____
( ) Inhalation Treatment
( ) PPD
( ) Spirometry
( ) Suturing
( ) Suture removal
( ) Treadmill

**PROCEDURES/ DIAGNOSTICS, cont'd**
( ) Whirlpool
( ) X-ray
( ) Other _____

**CHART REVIEW ONLY**
( ) By medical personnel
( ) By inmate patient

**LABORATORY**
( ) Venipuncture
( ) Specimen collection

**ITEMS ISSUED**
( ) Prosthetic
( ) Eye glasses

( ) Rx REFILL ONLY

**SPECIALTY CLINICS**
( ) Cardiology
( ) Neurology
( ) Infectious disease
( ) Endocrine
( ) Internal Medicine
( ) Pulmonary
( ) Mental Health
( ) Other _____

**EMERGENCY SERVICES**
( ) Mandown
( ) Non-mandown
( ) Suicide attempt
( ) Self-mutilation
( ) Altercation
( ) Accident
( ) Recreational injury

**PRESCRIPTIONS:**  KOP Medications: Total # _____ # to charge _____ # started by nursing _____
    Non-KOP Medications: Total # _____ # to charge _____ # started by nursing _____

**PLAN:** ( ) Follow-up appointment ordered  ( ) Return if needed  ( ) Follow-up not required

| Name / Title OR Position # | Date | Time | Name / Title OR Position # | Date | Time |
|---|---|---|---|---|---|

Distribution:  *ORIGINAL* to medical record, *COPY* to date entry, then to inmate patient if necessary

**NEVADA DEPARTMENT OF CORRECTIONS**
# MEDICAL KITE and / or
# SERVICE REPORT

NAME NELSON HAVALA
DOC # 1044463

DOC 2500 (REV. 7/01)

EXHIBIT "9"

9 pg's

Exhibit "9"

**U.S. Department of Justice**
Civil Rights Division
*Coordination and Review Section*



## COMPLAINT FORM

The purpose of this form is to assist you in filing a complaint with the Coordination and Review Section.  You are not required to use this form; a letter with the same information is sufficient.  However, the information requested in the items marked with a star (*) must be provided, whether or not the form is used.

1.* State your name and address.

Name: _Nelson Lhavata_

Address: _H.0.S.P. P.O. Box 650  Indian Springs_
_Nevada_ Zip _89070_

Telephone No:  Home: (____)_____ Work: (____)_____

2.* Person(s) discriminated against, if different from above:

Name: _____
Address: _____ Zip_____
Telephone:  Home:(____)_____ Work:(____)_____

Please explain your relationship to this person(s).

_____

3.* Agency and department or program that discriminated:

Name: _Nevada Department of Corrections_
Any individual if known: _ADO James Cox, NWP C. Morgan_
Address: _Cold Springs Rd._
_Indian Springs NV._ Zip _89070_
Telephone No:(____)_____

OMB No. 1190-0008
Expires: 07/31/2010

Page 1 of 8

4A.* Non-employment:  Does your complaint concern discrimination in the delivery of services or in other discriminatory actions of the department or agency in its treatment of you or others?  If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.

___X__ Race/Ethnicity: ___Hispanic / Latino_____

_____ National origin: _____

_____ Sex: _____

_____ Religion: _____

_____ Age: _____

_____ Disability: _____

4B.* Employment:  Does your complaint concern discrimination in employment by the department or agency?  If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.

_____ Race/Ethnicity: _____

_____ National origin: _____

_____ Sex: _____

_____ Religion: _____

_____ Age: _____

_____ Disability: _____

5.  What is the most convenient time and place for us to  contact you about this complaint?

_____Anytime_____

6.  If we will not be able to reach you directly, you may wish to give us the name and phone number of a person who can tell us how to reach you and/or provide information about your complaint:

Name: _____
Telephone No:(_____)_____

7. If you have an attorney representing you concerning the matters raised in this complaint, please provide the following:

Name: _____

Address: _____

_____ Zip _____

Telephone No: (_____)_____

8.* To your best recollection, on what date(s) did the alleged discrimination take place?

Earliest date of discrimination:        *July 21, 2010*
Most recent date of discrimination:    *On going practice*

9. Complaints of discrimination must generally be filed within 180 days of the alleged discrimination. If the most recent date of discrimination, listed above, is more than 180 days ago, you may request a waiver of the filing requirement. If you wish to request a waiver, please explain why you waited until now to file your complaint.

*The discrimination and criminal violation of Title 18 USC § 241, 242 is on going.*

10.* Please explain as clearly as possible what happened, why you believe it happened, and how you were discriminated against. Indicate who was involved. Be sure to include how other persons were treated differently from you. (Please use additional sheets if necessary and attach a copy of written materials pertaining to your case.)

*I made multiple requests to see the doctor about the pins in my legs. Prison officials refused my requests for treatment. Instead they give me 400mg of Ibuprofen. Ex. A, NDOC response shows there was an alledged appointment scheduled, that was 3 months ago. Ex. B shows that*

Medical Director never resolved treatment but rather a month later claimed he agreed with the response given in Sept. 2010.

8th Amendment, prohibits cruel and unusual punishment. Since May 2010 I've tried to get treatment for the pins in my legs one which is bleeding out my leg. Other inmates namely whites recieve treatments regularly. NDOC made it clear because I'm from South America that only naturalised citizens in prison will recieve treatment.

Federal laws 18 241, 242 prohibit prison officials from withholding treatment because of my race and National origin. I'm in pain everyday, I can hardly walk I please need medical treatment.

11. The laws we enforce prohibit recipients of Department of Justice funds from intimidating or retaliating against anyone because he or she has either taken action or participated in action to secure rights protected by these laws.  If you believe that you have been retaliated against (separate from the discrimination alleged in #10), please explain the circumstances below.  Be sure to explain what actions you took which you believe were the basis for the alleged retaliation.

Federal laws 18 USC § 241, 242 prohibit prison officials from withholding medical treatment. They lied about there being any scheduled appointment.

They claim money for treatment is for American citizens not South Americans.

It is a crime to withhold money for treatment let alone withhold treatment.

12.  Please list below any persons (witnesses, fellow employees, supervisors, or others), if known, whom we may contact for additional information to support or clarify your complaint.

Name                    Address                              Area Code/Telephone

To be named to federal investigator

13.  Do you have any other information that you think is relevant to our investigation of your allegations?

Inmate Thomas Denver has been monitoring prison officials violating inmates rights and committing federal crimes. He witnessed prison officials withholding medical treatment and claim money is for Americans not Mexicans. He works with SCR Chiefs Mrs. Fridlander and now Deanna Tong. in assisting NDOC inmates in filing with DOJ and FBI against NDOC

14.  What remedy are you seeking for the alleged discrimination?

Immediate treatment - prosecution for discrimination and federal crimes. Restitution for civil rights violations

15.  Have you (or the person discriminated against) filed the same or any other complaints with other offices of the Department of Justice (including the Office of Justice Programs, Federal Bureau of Investigation, etc.)?

Yes ____ No _X_

If so, do you remember the Complaint Number?

Against what agency and department or program was it filed?

_____

Address: _____

_____ Zip _____

Telephone No: (_____)_____
Date of Filing: _____ DOJ Agency:_____

Briefly, what was the complaint about?

_____

_____

What was the result?

_____

_____

16.  Have you filed or do you intend to file a charge or complaint concerning the matters raised in this complaint with any of the following?

_____ U.S. Equal Employment Opportunity Commission

_____ Federal or State Court

_____ Your State or local Human Relations/Rights Commission

___XO__ Grievance or complaint office

17.  If you have already filed a charge or complaint with an agency indicated in #16, above, please provide the following information (attach additional pages if necessary):

Agency: _NDOC_____

Date filed: _5 - 18 - 10_____

Case or Docket Number: _2006-28-98398___

Date of Trial/Hearing: _None_____

Location of Agency/Court: _22010 Cold Springs Rd Indian Springs NV._

Name of Investigator: _None_

Status of Case: _Closed_

Comments:

_____NDOC refused to treat medical condition, instead_
_claimed throughout process that there was an appointment for_
_treatment its been 7 months I've yet to see the doctor for_
_treatment._

18.  While it is not necessary for you to know about aid that the agency or institution you are filing against receives from the Federal government, if you know of any Department of Justice funds or assistance received by the program or department in which the alleged discrimination occurred, please provide that information below.

_____Yes federal grants_____

19.*  We cannot accept a complaint if it has not been signed.  Please sign and date this complaint form below.

_Nelson Llavila_

X_____
(Signature)                    (Date)

Please feel free to add additional sheets to explain the present situation to us.

We will need your consent to disclose your name, if necessary, in the course of any investigation. Therefore, we will need a signed Consent Form from you. (If you are filing this complaint for a person whom you allege has been discriminated against, we will in most instances need a signed Consent Form from that person.) See the "Notice about Investigatory Uses of Personal Information" for information about the Consent Form. Please mail the completed, signed Discrimination Complaint Form and the signed Consent Form (please make one copy of each for your records) to:

United States Department of Justice
Civil Rights Division
Coordination and Review Section - NWB
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

Toll-free Voice and TDD:  (888) 848-5306
Voice:  (202) 307-2222
TDD:  (202) 307-2678

**20.  How did you learn that you could file this complaint?**

_Thomas O. Johnson works with SCR (DOJ) and FBI Las Vegas NV field office in assisting inmates in filing with SCR and FBI against NDOC. He witnessed the violations and heard me submitt this complaint._

**21.  If your complaint has already been assigned a DOJ complaint number, please list it here:** _____

If a currently valid OMB control number is not displayed on the first page, you are not required to fill out this complaint form unless the Department of Justice has begun an administrative investigation into this complaint.

**U.S. Department of Justice**
Civil Rights Division
*Coordination and Review Section*



## COMPLAINANT CONSENT/RELEASE FORM

Your Name: _Nelson LLavata_

Address: _H.D.S.P. P.O. Box 650 Indian Springs NV. 89070_

Complaint number(s): (if known) _____

*Please read the information below, check the appropriate box, and sign this form.*

I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

### CONSENT/RELEASE

☑ **CONSENT** - I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

☐ CONSENT DENIED - I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

x _____     x _1-15-11_ _____
SIGNATURE                                                 DATE

EXHIBIT "10"

2 pgs

Exhibit "10"

2-2-11
MAILED.

COMPLAINT FORM

NEVADA STATE BOARD OF MEDICAL EXAMINERS
P.O. Box 7238, Reno, NV 89510

----------------------------------------------------------------

Name of Complainant: Nelson Prieto-AKA Nelson Havata     Address: 22010 Cold Creek Rd. P.O. Box 650
                                                                    Street/Apt# or PO Box

Indian Spring       NV.        89070   Daytime Phone: _____
City              Nelson Prieto-AKA.    Zip Code

Patient Name: Nelson Havata          06-17-1974 _____
                                    Patient Birthdate    Patient Social Security No.

----------------------------------------------------------------

Physician Named in Complaint: _____

Physician Address: _____

----------------------------------------------------------------

INFORMATION REGARDING ALLEGATION

Nature of Illness: _____

Have you obtained a second opinion from another physician?  Yes ✓  No ___

If yes, please give name of second physician and second physician's diagnosis.

Name: C.C.D.C. _____   Diagnosis: _____

                                        _____

----------------------------------------------------------------

                                        _____

----------------------------------------------------------------

STATEMENT OF COMPLAINT

Type or neatly print your complaint below.  Be as brief and concise as possible.  Use
the reverse side of this form if necessary.

I had a Motorcicle accident prior to my incarceration that required me
to have an "organic Titanium" rod and 6 screws inserted in my left leg.
I was put in Jail on 9-9-09, where i stayed until 12-8-09. I was
Placed in the Nevada Depratament of Corrections custody at The
High Desert State Prison Facility. I was housed at this Facility for
1 year and 43 days. During This Stay, I made many request for Medical
Assistance, Filed Grievances (#2006-28-98398) and Filed a Complaint with the
Depratament of Justice. I was only seen "3" Times, and collectively
Given 24 ib. Profin pills and some Band aids for This Injury
During That Time. Further, I was Told Treatment was "not
Possible"

AUG 29 [illegible]



# Nevada State Board of Medical Examiners

March 9, 2011

**Nelson Prieto(Llavata)#1044443**          **Re: N/A**

We have received your complaint; however, for the reason(s) indicated below, we either cannot investigate your complaint as stated, or we do not have jurisdiction to investigate:

__**X**__  You have not identified a health care provider (a person).

_____  The person you identified is NOT a licensee of this Board.

_____  No jurisdiction. Your complaint has been forwarded to the listed agency, who we believe has jurisdiction. A copy HAS been retained by us.

__**X**__ No jurisdiction. NRS 630 (the Medical Practice Act) does not cover (provide us with jurisdiction over) the situation you describe, and we cannot identify any agency which might have jurisdiction.

_____  This case has already been investigated under case #.

_____  We are unable to read and understand your complaint. Please resubmit a copy stating specifically what your complaint is.

_____  Other:

If you have any questions about this determination, please write or call at the contact information provided below. In State Toll Free: (888) 890-8210 or Out of State (775) 688-2559.

Investigations Division, Intake, Nevada State Board of Medical Examiners.

Mailing Address: P.O. Box 7238 • Reno, Nevada  89510-7238
Physical Address: 1105 Terminal Way, Suite 301 • Reno, Nevada  89502-2144
(775) 688-2559 • Fax (775) 688-2321
E-mail: nsbme@medboard.nv.gov • Website: www.medboard.nv.gov

(NSPO Rev. 3-03)                                                                                                   (O) 1934  

## CERTIFICATE OF SERVICE BY MAIL

1
2   I do certify that I mailed a true and correct copy of the

3   foregoing "first Amended "Civil rights complainT Pursuant To ~~42 U.SC~~ 42.U.SC. § 1983.

4   to the below address(es) on this _____ day of _April_ ,

5   20 11 , by placing same in the U.S. Mail via prison law library

6   staff, pursuant to FRCP 5(b):

7       ATTORNEL GENERAL OFFICE
8       Heather D. Procter D.D.A.
        100 N. Carson St.

9   _Carson City_ , Nevada 89 701-4717

10  Attorney For _DefendanTj_

11  (✓) Check for Additional Addresses Below

12
        Nelson Uacata     #1044943
13      Lovelock Correctional Center
        1200 Prison Road
14      Lovelock, Nevada  89419

15      _____ In Pro Se

16  ADDRESS(ES) Continued from Above (If Applicable):

17      Clerk of The U.S. District
        Court District of Nevada
18      333 Las vegas blvd So. RM 1334

19  _Las Vegas_ , Nevada 89 101

20  Attorney For _____

21      _____
22      _____
23      _____, Nevada 89_____

24  Attorney For _____

25      _____
26      _____
27      _____, Nevada 89_____

28  Attorney For _____